# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

KING BUACHEE LEE,

        Petitioner,

v.                            **ORDER**
                             Civil File No. 06-935 (MJD/RLE)

STATE OF MINNESOTA,

        Respondent.

_____

King Buachee Lee, pro se.

Mark Nathan Lystig, Assistant Ramsey County Attorney, Counsel for Respondent.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, dated March 7, 2006. Petitioner filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.1(c). Based on that review, the

Court adopts Magistrate Judge Erickson's March 7, 2006 Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Report and Recommendation dated March 7, 2006 [Docket No. 4], is hereby **ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus Relief Under Title 28 U.S.C. § 2254 [Doc. No. 1] is **DENIED**;

3. Petitioner's Motion for Leave to Proceed in forma pauperis [Doc. No. 2] is **DENIED AS MOOT**; and

4. The Petition is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 14, 2006

                                                s / Michael J. Davis
                                                Michael J. Davis
                                                United States District Court